IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:04CV279-S |
| | ) | [WO] |
| DYNCORP and REGINA JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 22 April 2005, the defendants filed a Motion to Substitute Summary Judgment Brief (Doc. # 41).    For good cause, it is

ORDERED that the motion is GRANTED.

DONE this 20th day of June, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE