IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:04CV279-S |
| | ) | [WO] |
| DYNCORP and REGINA JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 12 April 2005, the plaintiff filed an Objection to Hearsay Testimony/ Motion To Strike Hearsay Testimony (Doc. # 23).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED.  The court's determination of the defendants' motion for summary judgment, entered by order on this date, does not rely upon any of the statements referenced in the plaintiff's Objection.

DONE this 20th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE