IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:04CV279-S |
| | ) | [WO] |
| DYNCORP and REGINA JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 22 April 2005, the defendants filed a Motion To Strike Declaration Testimony of Linda Cannon (Doc. # 40).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is DENIED as moot.  Although the defendants are correct in their characterization of several of the plaintiff's declarations as inadmissible hearsay, speculation, and conclusory (e.g., Cannon's co-workers were instructed to check her books for errors), the court nevertheless considered them in its determination of the motion for summary judgment.  Because the referenced statements were not specifically attributed, however, they did not strengthen Cannon's claims.

DONE this 20th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE